IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID PRATER, | No. 4:23-CV-01411 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| SA PIPER LOGISTICS, | |
| Defendant. | |

## ORDER

**FEBRUARY 16, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff David Prater's Motion for Default Judgment (Doc. 8) is **GRANTED** as to Counts I-III and **DENIED** as to Count IV.

2. Prater shall file by March 1, 2024 an accounting of requested damages or other relief, any supporting documentation, and, if necessary, a brief in support.

3. A hearing regarding Prater's requested relief will be scheduled, if necessary, by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge